

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
 JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

**FILED**
10/19/2016
Twelfth Court of Appeals
Pam Estes
Clerk

October 19, 2016

Presiding Judge 241st District Court
100 N Broadway, Rm 220
Tyler, TX 75702-7236
* DELIVERED VIA E-MAIL *

District Attorney Smith Cou[nty]
Matt Bingham
100 N. Broadway
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

Aaron Scott Rediker
Smith County District Attorney's Office
100 N Broadway Ave
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

James W. Huggler Jr.
First Place Bldg.
100 E. Ferguson
Suite 805
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

District Clerk Smith County
Lois Rogers
100 N. Broadway #204
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

12th Court Of Appeals Clerk
Pam Estes
1517 W. Front, Room 354
Tyler, TX 75701
* DELIVERED VIA E-MAIL *

**Re:** WALKER, SHELLEY
**CCA No.** PD-1430-14
**Trial Court Case No.** 241-0593-12

**COA No.** 12-12-00379-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk